IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nunn, Mary J | Case Number: 08 B 09893 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 4/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 900.00 | |
| Secured: | | 400.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 27.81 |
| Other Funds: | | 472.19 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Auto Finance | Secured | 5,000.00 | 400.00 |
| 2. | RoundUp Funding LLC | Unsecured | 36.33 | 0.00 |
| 3. | Premier Bankcard | Unsecured | 46.30 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 229.50 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 443.42 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 103.29 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 123.56 | 0.00 |
| 8. | Chicagoland Emergency Phys SC | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Midland Funding | Unsecured | | No Claim Filed |
| 11. | West Suburban Professional Receivables | Unsecured | | No Claim Filed |
| 12. | FCNb N News | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | Professional Anesthesia | Unsecured | | No Claim Filed |
| 15. | Seventh Avenue | Unsecured | | No Claim Filed |
| 16. | Portage Park Animal Hosp | Unsecured | | No Claim Filed |
| 17. | Orchard Bank | Unsecured | | No Claim Filed |
| 18. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 19. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 20. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 21. | Worldcom Wireless | Unsecured | | No Claim Filed |
| 22. | Blockbuster Video | Unsecured | | No Claim Filed |
| 23. | AT & T Inc CTR Corp | Unsecured | | No Claim Filed |
| 24. | Chicagoland Emergency Phys SC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nunn, Mary J | Case Number:  08 B 09893 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  4/22/08 |

```
                                                      _____        _____
                                                      $ 5,982.40         $ 400.00
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 27.81 |
| | _____ |
| | $ 27.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____